UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROGER GERMAN RIERA-SILVA, A#226 070 820,** | § | |
| **Petitioner,** | § | **PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241** |
| **vs.** | § | |
| **WARDEN, South Texas ICE Processing Center; ET AL.,** | § | **SA-26-CV-6359-FB** |
| **Respondents.** | § | |

## ORDER OF DEFICIENCY

Before the Court is Petitioner Roger German Riera-Silva's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus. (ECF No. 1). Petitioner is proceeding *pro se* and has neither requested leave to proceed *in forma pauperis* ("IFP") nor paid the filing fee.

**IT IS THEREFORE ORDERED** that **within thirty (30) days from the date of this Order**, Petitioner must submit to this Court either the required filing fee of $5.00 or an application to proceed in forma pauperis, along with a current institutional trust fund account statement showing deposits and balances to their institutional account for the previous six months.

Petitioner is advised that failure to comply with this Order may result in the dismissal of this case for want of prosecution. Petitioner is further advised he/she must keep the District Clerk informed of his/her current address and should promptly furnish a change of address when such occurs. Failure to do so may be interpreted as failure to prosecute and result in involuntary dismissal pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED** this 19th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE